**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Najib A. Hodge,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA Genuine Auto Parts, et al.,<br><br>    Defendants. | No. CV-25-02242-PHX-JAT<br><br>**ORDER** |

On January 27, 2026, Plaintiff Najib A. Hodge filed a Motion to Exceed Page Limit for Response Brief (Doc. 31) and filed his Response Brief (Doc. 32). Plaintiff's proposed response is two pages over the seventeen page limit established by LRCiv 7.2(e)(1). Because Plaintiff's requested extension is modest, the Court will grant Plaintiff's motion to exceed the page limit for his response brief and will deem Plaintiff's Response Brief (Doc. 32) properly filed. *See Remato v. City of Phoenix*, No. CV 09-2027-PHX-FJM, 2011 WL 3648268 (D. Ariz. Aug. 19, 2011).

**IT IS ORDERED** that Plaintiff's Motion to Exceed Page Limit for Response (Doc. 31) is **granted**, and Plaintiff's Response Brief (Doc. 32) is deemed to be properly filed.

Dated this 27th day of January, 2026.

James A. Teilborg
Senior United States District Judge